# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-3704

_____

United States of America

*Plaintiff - Appellee*

v.

Hassan Lamont Johnson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 4, 2019
Filed: March 7, 2019
[Unpublished]

_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Hassan Johnson directly appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense, pursuant to a plea agreement containing an appeal waiver. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

We will enforce the appeal waiver in this case because our review of the record demonstrates that Johnson entered into the plea agreement and the appeal waiver knowingly and voluntarily, his challenge to the sentence falls within the scope of the appeal waiver, and no miscarriage of justice would result from enforcing the waiver. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Further, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw and dismiss this appeal.

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.